**\*E-Filed 7/10/09\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZL TECHNOLOGIES, INC. | No. 5:09 CV 2393 RS |
| Plaintiff, | |
| v. | **ORDER SETTING CONSENT/DECLINATION DEADLINE** |
| GARTNER GROUP, INC.; and CAROLYN DICENZO, | |
| Defendants. | |

Defendants Gartner Group, Inc. and Carolyn Dicenzo have filed a motion to dismiss, docket [7] in the above-captioned matter. The motion is noticed for hearing on August 19, 2009, at 9:30 a.m.

In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate jurisdiction no later than **July 22, 2009**.

IT IS SO ORDERED.

Dated: 7/10/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

CASE NO. 5:09 CV 2393 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE