JAMES M. WAGSTAFFE (95535)
MICHAEL NG (237915)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

\*\*E-Filed 9/1/2009\*\*

Attorneys for Plaintiff
ZL TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ZL TECHNOLOGIES, INC., | Case No. 09-CV-02393-RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| v. | |
| GARTNTER, INC. and CAROLYN DiCENZO, | Date: September 25, 2009 |
| Defendants. | Time: 9:00 a.m. |
| | Dept.: Courtroom 3, 5th Floor |
| | Judge: Jeremy Fogel |

1  WHEREAS, hearing on Defendants' Motion to Dismiss is currently scheduled for Friday, September 25, 2009, at 9:00 a.m.;

WHEREAS, to accommodate scheduling conflicts for Plaintiff's recently retained counsel;

IT IS HEREBY STIPULATED THAT the hearing on Defendants' Motion to Dismiss currently scheduled for Friday, September 25, 2009 shall be continued to Friday, October 23, 2009 at 9:00 a.m. The deadline for Plaintiff to file and serve its opposition to Defendants' Motion to Dismiss shall be September 18, 2009, and the deadline for Defendants to file and serve their reply thereto shall be October 9, 2009.

DATED: August __, 2009

KERR & WAGSTAFFE LLP

By _____
MICHAEL NG

Attorneys for Plaintiff
ZL TECHNOLOGIES

DATED: August 27, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By _____
JUSTIN B. BARNARD

Attorneys for Defendants
GARTNER, INC. and CAROLYN DiCENZO

— 1 —

Case No. 09-CV-02393-JF

STIPULATION AND [PROPOSED] ORDER
CONTINUING MOTION TO DISMISS

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the hearing on Defendants' Motion to Dismiss currently scheduled for Friday, September 25, 2009 is continued to Friday, October 23, 2009 at 9:00 a.m.  The deadline for Plaintiff to file and serve its opposition to Defendants' Motion to Dismiss shall be September 18, 2009, and the deadline for Defendants to file and serve their reply thereto shall be October 9, 2009.

DATED: 9/1/2009

_____
Hon. Jeremy Fogel
UNITED STATES DISTRICT JUDGE

– 2 –

Case No. 09-CV-02393-RS            STIPULATION AND [PROPOSED] ORDER
                                   CONTINUING MOTION TO DISMISS