1 | KERR & WAGSTAFFE LLP
    James M. Wagstaffe (Bar No. 95535)
2 |   Michael Ng (Bar No. 237915)
    100 Spear Street, 18th Floor
3 | San Francisco, CA 94105
    Telephone:   (415) 371-8500
4 | Facsimile:   (415) 371-0500

5 | Attorneys for Plaintiff
    ZL TECHNOLOGIES, INC.
6 |

7 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    Robert P. Feldman (Bar No. 69602)
8 |   bobfeldman@quinnemanuel.com
    Justin B. Barnard (Bar No. 21660)
9 |   justinbarnard@quinnemanuel.com
    555 Twin Dolphin Drive, Suite 560
10 | Redwood Shores, California 94065
    Telephone:   (650) 801-5000
11 | Facsimile:   (650) 801-5100

12 | Attorneys for Defendants
    GARTNER, INC. and CAROLYN DiCENZO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZL TECHNOLOGIES, INC., | CASE NO. 5:09-cv-02393-JF |
| Plaintiff, | **[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND TIME FOR:** |
| vs. | |
| GARTNER, INC., and CAROLYN DiCENZO | **(1) RULE 26(f) CONFERENCE;**<br>**(2) CASE MANAGEMENT STATEMENT;**<br>**(3) RULE 26(a) INITIAL DISCLOSURES; AND**<br>**(4) CASE MANAGEMENT CONFERENCE** |
| Defendants. | |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | |
| 3 | PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY |
| 4 | ORDERED THAT the upcoming deadlines in this case shall be extended by approximately one |
| 5 | month, as follows: |
| 6 | (1) The parties shall have until November 6, 2009 to conduct their Fed. R. Civ. P. 26(f) |
| 7 | conference and file their ADR certifications and stipulations; |
| 8 | (2) The parties shall have until November 20, 2009 to file their Joint Case Management |
| 9 | Statement and make their initial disclosures under Fed. R. Civ. P. 26(f); |
| 10 | (3) The Case Management Conference, previously scheduled for October 23, 2009 at 9:00 |
| 11 | a.m., is hereby continued until ~~November 27, 2009 at 9:00 a.m.~~ December 4, 2009 at 10:30 a.m. |
| 12 | IT IS SO ORDERED. |
| 13 | |
| 14 | DATED: 10/13/09 |
| 15 | |
| 16 | Hon. Jeremy Fogel<br>United States District Judge |