1  KERR & WAGSTAFFE LLP
    James M. Wagstaffe (Bar No. 95535)
2    Michael Ng (Bar No. 237915)
   100 Spear Street, 18th Floor
3  San Francisco, CA 94105
   Telephone:    (415) 371-8500
4  Facsimile:    (415) 371-0500

5  Attorneys for Plaintiff
   ZL TECHNOLOGIES, INC.

6

7  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    Robert P. Feldman (Bar No. 69602)
8    bobfeldman@quinnemanuel.com
    Justin B. Barnard (Bar No. 21660)
9    justinbarnard@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
10 Redwood Shores, California  94065
   Telephone:    (650) 801-5000
11 Facsimile:    (650) 801-5100

12 Attorneys for Defendants
   GARTNER, INC. and CAROLYN DiCENZO
13

14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                      SAN JOSE DIVISION

| | |
|---|---|
| 18  ZL TECHNOLOGIES, INC., | CASE NO. 5:09-cv-02393-JF |
| 19        Plaintiff, | [PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND TIME FOR: |
| 20        vs. | |
| 21  GARTNER, INC., and CAROLYN DiCENZO | (1) RULE 26(f) CONFERENCE; (2) CASE MANAGEMENT STATEMENT; |
| 22        Defendants. | (3) RULE 26(a) INITIAL DISCLOSURES; AND |
| 23 | (4) CASE MANAGEMENT CONFERENCE |

03441.51549/3143450.1

Case No. 5:09-cv-02393-JF
[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME

# [PROPOSED] ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the upcoming deadlines in this case shall be extended by approximately one month, as follows:

(1) The parties shall have until November 6, 2009 to conduct their Fed. R. Civ. P. 26(f) conference and file their ADR certifications and stipulations;

(2) The parties shall have until November 20, 2009 to file their Joint Case Management Statement and make their initial disclosures under Fed. R. Civ. P. 26(f);

(3) The Case Management Conference, previously scheduled for October 23, 2009 at 9:00 a.m., is hereby continued until ~~November 27, 2009 at 9:00 a.m.~~ December 4, 2009 at 10:30 a.m.

IT IS SO ORDERED.

DATED: 10/13/09

Hon. Jeremy Fogel
United States District Judge