1  JAMES M. WAGSTAFFE (95535)
   wagstaffe@kerrwagstaffe.com
2  MICHAEL NG (237915)
   mng@kerrwagstaffe.com
3  CHEROKEE D.M. MELTON (243265)
   melton@kerrwagstaffe.com
4  **KERR & WAGSTAFFE LLP**
   100 Spear Street, 18th Floor
5  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
6  Fax: (415) 371-0500

7  Attorneys for Plaintiff
   ZL TECHNOLOGIES

\*\*E-Filed 12/3/2009\*\*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| ZL TECHNOLOGIES, INC., | Case No. 09-CV-02393-JF |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR CASE MANAGEMENT CONFERENCE** |
| v. | |
| GARTNER, INC. and CAROLYN DiCENZO, | Hon. Jeremy Fogel |
| Defendants. | |

# STIPULATION

WHEREAS, a Case Management Conference is currently scheduled for Friday, December 4, 2009, at 10:30 a.m.;

WHEREAS, on November 4, 2009, the Court granted Defendants Gartner, Inc. and Carolyn DiCenzo's (collectively "Defendants") motion to dismiss with leave to amend in part, and ordered that any amended complaint be filed by Plaintiff ZL Technologies, Inc. ("Plaintiff") by December 4, 2009;

WHEREAS, Plaintiff has not yet filed an amended complaint;

WHEREAS, on November 17, 2009, Defendants filed a Notice of Motion and Motion to Stay Discovery Pending Amendment of the Complaint And Resolution of Defendants' Motion to Dismiss, and on November 19, 2009, filed an amended notice of motion and motion regarding the same, and set a hearing date for Defendants' motion for January 22, 2010 at 9:00 a.m.;

WHEREAS, the parties have not yet conducted their Fed. R. Civ. Proc. 26(f) conference or made initial disclosures;

WHEREAS, continuing the Case Management Conference currently set for Friday, December 4, 2009, would promote judicial efficiency and preserve the resources of both parties;

IT IS HEREBY STIPULATED THAT the Case Management Conference currently scheduled for Friday, December 4, 2009 shall be continued to Friday, January 22, 2010, to be held concurrent with the hearing already set for Defendants' motion to stay discovery.

DATED: December 1, 2009    **KERR & WAGSTAFFE LLP**

By _____s/_____
MICHAEL NG
Attorneys for Plaintiff
ZL TECHNOLOGIES

DATED: December 1, 2009    **QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**

By ___s/_____
ROBERT P. FELDMAN
Attorneys for Defendants
GARTNER, INC. and CAROLYN DiCENZO

– 1 –

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for Friday, December 4, 2009, shall be continued to Friday, January 22, 2010, to be held concurrent with the hearing already set for Defendants' motion to stay discovery.

DATED: 12/3/2009

_____
Hon. Jeremy Fogel
UNITED STATES DISTRICT JUDGE

1 I, Michael Ng, am the ECF User whose ID and password are being used to file this
2 Stipulation And [Proposed] Order To Extend Time For Case Management Conference. In
3 compliance with General Order 45, X.B., I hereby attest that Robert P. Feldman, counsel for
4 Defendants, has concurred in this filing.

DATED: December 1, 2009 **KERR & WAGSTAFFE LLP**

By  /s/
MICHAEL NG

Attorneys for Plaintiff
ZL TECHNOLOGIES