1   JAMES M. WAGSTAFFE (95535)                    **E-Filed 12/3/2009**
    wagstaffe@kerrwagstaffe.com
2   MICHAEL NG (237915)
    mng@kerrwagstaffe.com
3   CHEROKEE D.M. MELTON (243265)
    melton@kerrwagstaffe.com
4   **KERR & WAGSTAFFE LLP**
    100 Spear Street, 18th Floor
5   San Francisco, CA 94105–1528
    Telephone: (415) 371-8500
6   Fax: (415) 371-0500

7   Attorneys for Plaintiff
    ZL TECHNOLOGIES
8

9                 **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11                      **SAN JOSE DIVISION**

12   ZL TECHNOLOGIES, INC.,                   Case No. 09-CV-02393-JF

13        Plaintiff,                          **STIPULATION AND [PROPOSED]
                                              ORDER TO EXTEND TIME FOR CASE
14        v.                                  MANAGEMENT CONFERENCE**

15   GARTNER, INC. and CAROLYN DiCENZO,
                                              Hon. Jeremy Fogel
16        Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

KERR
&
WAGSTAFFE
LLP

Case No. 09-CV-02393-JF                          STIPULATION AND [PROPOSED] ORDER

**STIPULATION**

WHEREAS, a Case Management Conference is currently scheduled for Friday, December 4, 2009, at 10:30 a.m.;

WHEREAS, on November 4, 2009, the Court granted Defendants Gartner, Inc. and Carolyn DiCenzo's (collectively "Defendants") motion to dismiss with leave to amend in part, and ordered that any amended complaint be filed by Plaintiff ZL Technologies, Inc. ("Plaintiff") by December 4, 2009;

WHEREAS, Plaintiff has not yet filed an amended complaint;

WHEREAS, on November 17, 2009, Defendants filed a Notice of Motion and Motion to Stay Discovery Pending Amendment of the Complaint And Resolution of Defendants' Motion to Dismiss, and on November 19, 2009, filed an amended notice of motion and motion regarding the same, and set a hearing date for Defendants' motion for January 22, 2010 at 9:00 a.m.;

WHEREAS, the parties have not yet conducted their Fed. R. Civ. Proc. 26(f) conference or made initial disclosures;

WHEREAS, continuing the Case Management Conference currently set for Friday, December 4, 2009, would promote judicial efficiency and preserve the resources of both parties;

IT IS HEREBY STIPULATED THAT the Case Management Conference currently scheduled for Friday, December 4, 2009 shall be continued to Friday, January 22, 2010, to be held concurrent with the hearing already set for Defendants' motion to stay discovery.

DATED: December 1, 2009                    **KERR & WAGSTAFFE LLP**

                                           By _____s/_____
                                           MICHAEL NG
                                           Attorneys for Plaintiff
                                           ZL TECHNOLOGIES


DATED:  December 1, 2009                   **QUINN EMANUEL URQUHART OLIVER &
                                           HEDGES, LLP**

                                           By ___s/_____
                                           ROBERT P. FELDMAN
                                           Attorneys for Defendants
                                           GARTNER, INC. and CAROLYN DiCENZO

– 1 –

KERR
&
WAGSTAFFE
LLP

1   **[PROPOSED] ORDER**

2        PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the Case

3   Management Conference currently scheduled for Friday, December 4, 2009, shall be continued

4   to Friday, January 22, 2010, to be held concurrent with the hearing already set for Defendants'

5   motion to stay discovery.

6

7   DATED:  __12/3/2009_____

8        _____

9        Hon. Jeremy Fogel
     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KERR
&
WAGSTAFFE
LLP

– 2 –

1    I, Michael Ng, am the ECF User whose ID and password are being used to file this

2  Stipulation And [Proposed] Order To Extend Time For Case Management Conference.  In

3  compliance with General Order 45, X.B., I hereby attest that Robert P. Feldman, counsel for

4  Defendants, has concurred in this filing.

5

6  DATED: December 1, 2009                         **KERR & WAGSTAFFE LLP**

7

8                                                   By _____/s/_____
                                                       MICHAEL NG
9
                                                       Attorneys for Plaintiff
10                                                     ZL TECHNOLOGIES

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

– 3 –