KERR & WAGSTAFFE LLP
  James M. Wagstaffe (Bar No. 95535)
  wagstaffe@kerrwagstaffe.com
  Michael Ng (Bar No. 237915)
  mng@kerrwagstaffe.com
  Cherokee D.M. Melton (Bar No. 243265)
  melton@kerrwagstaffe.com
100 Spear Street, 18th Floor
San Francisco, CA 94105
Telephone:   (415) 371-8500
Facsimile:   (415) 371-0500

Attorneys for Plaintiff
ZL TECHNOLOGIES, INC.


QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Robert P. Feldman (Bar No. 69602)
  bobfeldman@quinnemanuel.com
  Justin B. Barnard (Bar No. 21660)
  justinbarnard@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for Defendants
GARTNER, INC. and CAROLYN DICENZO

\*\*E-Filed 12/16/2009\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GARTNER, INC., and CAROLYN DICENZO <br><br> Defendants. | CASE NO. 5:09-cv-02393-JF <br><br> [~~PROPOSED~~] **ORDER ON JOINT STIPULATION TO EXTEND TIME FOR:** <br><br> **(1) RESPONSE TO AMENDED COMPLAINT;** <br> **(2) HEARING ON DEFENDANTS' MOTION FOR STAY OF DISCOVERY; AND** <br> **(3) CASE MANAGEMENT CONFERENCE.** |

03441.51549/3240669.1

Case No. 5:09-cv-02393-JF

[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

(1) The defendants shall have until January 8, 2010 to respond to plaintiff's amended complaint;

(2) The hearing on defendants' motion to stay discovery shall be continued until February 12, 2010 at 9:00 a.m., to be held concurrently with the hearing already set for defendants' motion to dismiss;

(3) The Case Management Conference shall be continued until March 5, 2010 at 10:30 a.m.

IT IS SO ORDERED.

DATED: 12/16/2009

Hon. Jeremy Fogel
United States District Judge