KERR & WAGSTAFFE LLP
  James M. Wagstaffe (Bar No. 95535)
  wagstaffe@kerrwagstaffe.com
  Michael Ng (Bar No. 237915)
  mng@kerrwagstaffe.com
  Cherokee D.M. Melton (Bar No. 243265)
  melton@kerrwagstaffe.com
100 Spear Street, 18th Floor
San Francisco, CA 94105
Telephone:   (415) 371-8500
Facsimile:    (415) 371-0500

Attorneys for Plaintiff
ZL TECHNOLOGIES, INC.

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Robert P. Feldman (Bar No. 69602)
  bobfeldman@quinnemanuel.com
  Justin B. Barnard (Bar No. 21660)
  justinbarnard@quinnemanuel.com
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Defendants
GARTNER, INC. and CAROLYN DICENZO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZL TECHNOLOGIES, INC., | CASE NO. 5:09-cv-02393-JF |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| GARTNER, INC., and CAROLYN DICENZO | |
| Defendants. | |

Pursuant to Local Rule 6-2, Plaintiff ZL Technologies, Inc. ("ZL") and Defendants Gartner, Inc. and Carolyn Dicenzo (collectively, "Gartner"), by and through their respective counsel of record, hereby stipulate to continue the Case Management Conference scheduled for March 5, 2010.

1. <u>Reason for the Request</u>

On February 12, 2010, the Court heard Defendant's Motion to Dismiss Plaintiff's First Amended Complaint. The Court has not yet ruled on Defendant's Motion. The parties agree that a Case Management Conference is unlikely to be productive until Defendant's Motion has been decided and therefore seek to continue the Conference for a sufficient amount of time to allow the Court to rule on the Motion.

2. <u>Prior Time Modifications</u>

There have been a number of prior time modifications. The Case Management Conference has been continued four times, on July 21, 2009, October 19, 2009, December 3, 2009, and December 16, 2009. Additionally, upon joint stipulations from the parties, the Court (1) on September 1, 2009 continued the hearing date for Defendant's Motion to Dismiss and (2) on December 16, 2009 continued the deadline for Defendants' response to the Amended Complaint and the hearing date for Defendants' Motion to Stay Discovery (later withdrawn).

3. <u>Effect of Requested Modification</u>

The requested modification will have no effect on the rest of the schedule in this action.

So Stipulated.

NOW, THEREFORE, the parties to this action, through their respective counsel of record, AGREE AND HEREBY STIPULATE, if agreeable to the Court, to continue the Case Management Conference for one month, until April 9, 2010 at 10:30 a.m.

DATED: March 2, 2010						KERR & WAGSTAFFE LLP

							By   /s/
							   Cherokee Melton
							   Attorneys for Plaintiff
							   ZL TECHNOLOGIES, INC.

DATED: March 2, 2010						QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

							By   /s/
							   Justin B. Barnard
							   Attorneys for Defendants
							   GARTNER, INC. and CAROLYN DICENZO

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 4, 2010						_____
							Hon. Jeremy Fogel
							United States District Court Judge

1 | I, Justin B. Barnard, am the ECF User whose ID and password are being used to file this Joint
2 | Stipulation and [Proposed] Order to Extend Time.  In compliance with General Order 45, X.B., I
3 | hereby attest that Cherokee Melton, counsel for plaintiff ZL Technologies, Inc., has concurred in
4 | this filing.

DATED:  March 2, 2010         QUINN EMANUEL URQUHART OLIVER &
                              HEDGES, LLP


                              By     /s/
                                 Justin B. Barnard
                                 Attorneys for Defendants
                                 GARTNER, INC. and CAROLYN DICENZO