1  KERR & WAGSTAFFE LLP
     James M. Wagstaffe (Bar No. 95535)
2    wagstaffe@kerrwagstaffe.com
     Michael Ng (Bar No. 237915)
3    mng@kerrwagstaffe.com
     Cherokee D.M. Melton (Bar No. 243265)
4    melton@kerrwagstaffe.com
   100 Spear Street, 18th Floor
5  San Francisco, CA 94105
   Telephone:     (415) 371-8500
6  Facsimile:     (415) 371-0500

7  Attorneys for Plaintiff
   ZL TECHNOLOGIES, INC.
8

9  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Robert P. Feldman (Bar No. 69602)
10   bobfeldman@quinnemanuel.com
     Justin B. Barnard (Bar No. 21660)
11   justinbarnard@quinnemanuel.com
   555 Twin Dolphin Drive, Fifth Floor
12 Redwood Shores, California 94065
   Telephone:     (650) 801-5000
13 Facsimile:     (650) 801-5100

14 Attorneys for Defendants
   GARTNER, INC. and CAROLYN DICENZO
15

16

17                     UNITED STATES DISTRICT COURT

18                     NORTHERN DISTRICT OF CALIFORNIA

19                            SAN JOSE DIVISION

20 ZL TECHNOLOGIES, INC., | CASE NO. 5:09-cv-02393-JF

21        Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

22     vs.

23 GARTNER, INC., and
   CAROLYN DICENZO
24
          Defendants.
25

26

27

28

03441.51549/3349292.1

Case No. 5:09-cv-02393-JF
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

Pursuant to Local Rule 6-2, Plaintiff ZL Technologies, Inc. ("ZL") and Defendants Gartner, Inc. and Carolyn Dicenzo (collectively, "Gartner"), by and through their respective counsel of record, hereby stipulate to continue the Case Management Conference scheduled for March 5, 2010.

1. <u>Reason for the Request</u>

On February 12, 2010, the Court heard Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.  The Court has not yet ruled on Defendant's Motion.  The parties agree that a Case Management Conference is unlikely to be productive until Defendant's Motion has been decided and therefore seek to continue the Conference for a sufficient amount of time to allow the Court to rule on the Motion.

2. <u>Prior Time Modifications</u>

There have been a number of prior time modifications.  The Case Management Conference has been continued four times, on July 21, 2009, October 19, 2009, December 3, 2009, and December 16, 2009.  Additionally, upon joint stipulations from the parties, the Court (1) on September 1, 2009 continued the hearing date for Defendant's Motion to Dismiss and (2) on December 16, 2009 continued the deadline for Defendants' response to the Amended Complaint and the hearing date for Defendants' Motion to Stay Discovery (later withdrawn).

3. <u>Effect of Requested Modification</u>

The requested modification will have no effect on the rest of the schedule in this action.

So Stipulated.

NOW, THEREFORE, the parties to this action, through their respective counsel of record, AGREE AND HEREBY STIPULATE, if agreeable to the Court, to continue the Case Management Conference for one month, until April 9, 2010 at 10:30 a.m.

DATED:  March 2, 2010               KERR & WAGSTAFFE LLP


                                    By      /s/
                                       Cherokee Melton
                                       Attorneys for Plaintiff
                                       ZL TECHNOLOGIES, INC.


DATED:  March 2, 2010               QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP


                                    By      /s/
                                       Justin B. Barnard
                                       Attorneys for Defendants
                                       GARTNER, INC. and CAROLYN DICENZO


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:  March  4   , 2010           _____
                                       Hon. Jeremy Fogel
                                       United States District Court Judge

1  I, Justin B. Barnard, am the ECF User whose ID and password are being used to file this Joint
2  Stipulation and [Proposed] Order to Extend Time.  In compliance with General Order 45, X.B., I
3  hereby attest that Cherokee Melton, counsel for plaintiff ZL Technologies, Inc., has concurred in
4  this filing.

6  DATED:  March 2, 2010                    QUINN EMANUEL URQUHART OLIVER &
                                            HEDGES, LLP


                                            By      /s/
                                               Justin B. Barnard
                                               Attorneys for Defendants
                                               GARTNER, INC. and CAROLYN DICENZO

03441.51549/3349292.1

- 3 -                      Case No. 5:09-cv-02393-JF
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME