KERR & WAGSTAFFE LLP
  James M. Wagstaffe (Bar No. 95535)
  wagstaffe@kerrwagstaffe.com
  Michael Ng (Bar No. 237915)
  mng@kerrwagstaffe.com
  Cherokee D.M. Melton (Bar No. 243265)
  melton@kerrwagstaffe.com
100 Spear Street, 18th Floor
San Francisco, CA 94105
Telephone:    (415) 371-8500
Facsimile:    (415) 371-0500

Attorneys for Plaintiff
ZL TECHNOLOGIES, INC.

**E-Filed 4/8/2010**

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Robert P. Feldman (Bar No. 69602)
  bobfeldman@quinnemanuel.com
  Justin B. Barnard (Bar No. 21660)
  justinbarnard@quinnemanuel.com
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, California  94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Defendants
GARTNER, INC. and CAROLYN DICENZO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ZL TECHNOLOGIES, INC.,<br><br>                Plaintiff,<br><br>       vs.<br><br>GARTNER, INC., and<br>CAROLYN DICENZO<br><br>                Defendants. | CASE NO. 5:09-cv-02393-JF<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

03441.51549/3420303.1

Case No. 5:09-cv-02393-JF
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

Pursuant to Local Rule 6-2, Plaintiff ZL Technologies, Inc. ("ZL") and Defendants Gartner, Inc. and Carolyn Dicenzo (collectively, "Gartner"), by and through their respective counsel of record, hereby stipulate to continue the Case Management Conference scheduled for April 9, 2010.

1.  Reason for the Request

On February 12, 2010, the Court heard Defendant's Motion to Dismiss Plaintiff's First Amended Complaint. The Court has not yet ruled on Defendant's Motion. The parties agree that a Case Management Conference is unlikely to be productive until Defendant's Motion has been decided and therefore seek to continue the Conference for a sufficient amount of time to allow the Court to rule on the Motion.

2.  Prior Time Modifications

There have been a number of prior time modifications. The Case Management Conference has been continued five times, on July 21, 2009, October 19, 2009, December 3, 2009, December 16, 2009, and March 4, 2010. Additionally, upon joint stipulations from the parties, the Court (1) on September 1, 2009 continued the hearing date for Defendant's Motion to Dismiss and (2) on December 16, 2009 continued the deadline for Defendants' response to the Amended Complaint and the hearing date for Defendants' Motion to Stay Discovery (later withdrawn).

3.  Effect of Requested Modification

The requested modification will have no effect on the rest of the schedule in this action.

So Stipulated.

NOW, THEREFORE, the parties to this action, through their respective counsel of record, AGREE AND HEREBY STIPULATE, if agreeable to the Court, to continue the Case Management Conference for one and a half months, until May 21, 2010 at 10:30 a.m.

DATED: April 5, 2010                KERR & WAGSTAFFE LLP


By  /s/
    Cherokee Melton
    Attorneys for Plaintiff
    ZL TECHNOLOGIES, INC.


DATED: April 5, 2010                QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  /s/
    Justin B. Barnard
    Attorneys for Defendants
    GARTNER, INC. and CAROLYN DICENZO


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: April 7, 2010                _____
                                    Hon. Jeremy Fogel
                                    United States District Court Judge

1  I, Justin B. Barnard, am the ECF User whose ID and password are being used to file this Joint
2  Stipulation and [Proposed] Order to Extend Time.  In compliance with General Order 45, X.B., I
3  hereby attest that Cherokee Melton, counsel for plaintiff ZL Technologies, Inc., has concurred in
4  this filing.

6  DATED:  April 5, 2010                    QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP


                                            By      /s/
                                               Justin B. Barnard
                                               Attorneys for Defendants
                                               GARTNER, INC. and CAROLYN DICENZO