\*\*E-Filed 5/3/2010\*\*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ZL TECHNOLOGIES, INC., | Case Number CV 09-02393 JF (PVT) |
| Plaintiff, | JUDGMENT |
| v. | [re: docket no. 38] |
| GARTNER, INC. and CAROLYN DiCENZO, | |
| Defendants. | |

Defendants' motions to dismiss having been granted, IT IS ORDERED AND ADJUDGED that Plaintiff shall take nothing and that the action be dismissed on the merits.

**IT IS SO ORDERED.**

Dated: May 3, 2010

_____
JEREMY FOGEL
United States District Judge

1

Case Number CV 09-02393 JF (PVT)
JUDGMENT
(JFLC1)