JAMES M. WAGSTAFFE (95535)
wagstaffe@kerrwagstaffe.com
MICHAEL NG (237915)
mng@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Plaintiff
ZL TECHNOLOGIES



FILED

2010 MAY -6  A 11: 42

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA.-SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ZL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARTNER GROUP, INC. and CAROLYN DiCENZO, <br><br> Defendants. | Case No. 09-CV-02393-JF <br><br> **NOTICE OF APPEAL** |

Plaintiff ZL TECHNOLOGIES, INC. appeals to the United States District Court of Appeal for the Ninth Circuit from the final judgment of the district court, entered in this case on May 3, 2010, and the underlying May 3, 2010 Order Granting Motion to Dismiss and October 4, 2009 Order Granting Motion to Dismiss with Leave to Amend in Part.

DATED: May 5, 2010

KERR & WAGSTAFFE LLP

By _____
MICHAEL NG

Attorneys for Plaintiff
ZL TECHNOLOGIES, INC.

# REPRESENTATION STATEMENT

Plaintiff and Appellant ZL TECHNOLOGIES, INC. is represented by the following attorneys:

JAMES M. WAGSTAFFE (95535)
wagstaffe@kerrwagstaffe.com
MICHAEL NG (237915)
mng@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Defendant GARTNER GROUP, INC. and CAROLYN DiCENZO, INC. are represented by the following attorneys:

ROBERT P. FELDMAN (69602)
bobfeldman@quinnemanuel.com
JUSTIN B. BARNARD (21660)
justinbarnard@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLLIVAN, LLP**
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5092
Fax: (650) 801-5100

DATED: May 5, 2010

**KERR & WAGSTAFFE LLP**

By /s/ Michael Ng
MICHAEL NG

Attorneys for Plaintiff
ZL TECHNOLOGIES, INC.

## PROOF OF SERVICE

I, Erin Murphy, declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kerr & Wagstaffe LLP, 100 Spear Street, Suite 1800, San Francisco, California 94105.

On May 6, 2010, I served the following document(s):

### NOTICE OF APPEAL

on the parties listed below as follows:

Robert P. Feldman
Justin B. Barnard
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065

☒ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at San Francisco, California.

☐ **By facsimile machine** (FAX) by personally transmitting a true copy thereof via an electronic facsimile machine.

☐ **By personal service** by causing to be personally delivered a true copy thereof to the address(es) listed herein at the location listed herein.

☐ **By Federal Express** or overnight courier.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 6, 2010, at San Francisco, California.

_____
Erin Murphy