UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 06 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ZL TECHNOLOGIES, INC., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> GARTNER GROUP, INC. and CAROL DICENZO, <br><br> Defendants - Appellees. | No. 10-16061 <br><br> D.C. No. 5:09-cv-02393-JF <br> U.S. District Court for Northern California, San Jose <br><br> **MANDATE** |

The judgment of this Court, entered May 13, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                FOR THE COURT:
                                                Molly C. Dwyer
                                                Clerk of Court

                                                Gabriela Van Allen
                                                Deputy Clerk